# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JEFFREY DAN HINSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16CV1-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 5, 2016, Order.

Signed: July 5, 2016

Frank G. Johns, Clerk
United States District Court